OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

2/12/2015
TRAWEEK, TRAVIS R.    Tr. Ct. No. 1042137-A
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

0 2 1R
0006557458    FEB 25 2015
MAILED FROM ZIP  WR 82,866-01

UNITED STATES POSTAL
$ 00.26 5
PITNEY BOWES

TRAVIS R. TRAWEEK
LEWIS UNIT - TDC # 1412455
P. O. BOX 9000
WOODVILLE, TX 75990

RTS
Discharged